IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| MANKE LUMBER CO., et al. (RHD ELMA, INC.), | ) | |
| Plaintiffs, | ) | |
| v. | ) | Consolidated under lead case No. 33-85C (No. 339-89C) (Judge Bruggink) |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

DEFENDANT'S NOTICE OF APPEARANCE

To the Clerk:

Please enter the appearance of Nancy M. Kim as attorney of record for the United States in RHD Elma, Inc. v. United States, No. 339-89C, which is presently consolidated with Manke Lumber Co. v. United States, No. 33-85C.

Service of all papers by opposing parties should be addressed as follows:

NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530

s/ Nancy M. Kim
NANCY M. KIM
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit, 8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Phone: (202) 307-0361
Fax: (202) 514-7965

Dated: July 8, 2004