# In the United States Court of Federal Claims

**Nos. 365-88C & 339-89C**

**RHD ELMA, INC.,**

**JUDGMENT**

**v.**

**THE UNITED STATES**

Pursuant to the Joint Stipulation for Entry of Judgment, filed February 27, 2006, and the court's directive of March 6, 2006 authorizing the clerk to enter judgment,

IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that the defendant, United States recover of and from the plaintiff all of the monies in the escrow accounts established pursuant to the escrow agreement signed April 15, 1993, between Industrial Indemnity Company ("Surety") and the United States, which was valued at $1.23 million as of February 27, 2006.

Brian Bishop
Clerk of Court

**March 7, 2006** By: s/Lisa L. DeFade

Deputy Clerk

NOTE: As to appeal, 60 days from this date, see RCFC 58.1, re number of copies and listing of all plaintiffs. Filing fee is $255.00.